UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOAQUIN SUAREZ FLORES, | |
| Movant, | CRIMINAL ACTION NO. 1:07-CR-0279-14-CAP |
| v. | CIVIL ACTION NO. 1:13-CV-1347-CAP |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

# **O R D E R**

This action is before the court on the magistrate judge's report and recommendation ("R&R") [Doc. No. 2055]. There are no objections by the movant. Finding no error in the R&R, it is adopted as the opinion and order of this court.

SO ORDERED, this 10th day of June, 2013.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL JR.
United States District Judge