```
                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION
```

JOAQUIN SUAREZ-FLORES, Reg. No. 47620-112,

    Movant,

  v.

UNITED STATES OF AMERICA,

    Respondent.

CRIMINAL ACTION
NO. 1:07-CR-279-14

CIVIL ACTION
NO. 1:14-CV-1948-CAP

<u>O R D E R</u>

After carefully considering the report and recommendation of the magistrate judge and finding no error, the court receives the report and recommendation with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 13th day of August, 2014.

<u>/s/ Charles A. Pannell, Jr.</u>
CHARLES A. PANNELL, JR.
United States District Judge